379 A.2d 623

Rubin et al., Appellants, v. Grande.

 Argued June 15, 1977. Melvin Rubin, for appellants; William H. Pugh, IV, and Kane, Pugh, Anderson, Subers & McBrien, submitted a brief for appellee.

Judgment affirmed.